IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOTERO MONTEON,

    Plaintiff,               No. CIV S-02-2017 GEB CMK

    vs.

MIKE KNOWLES, et al.,

    Defendants.          <u>ORDER</u>

            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's motion for summary judgment, filed March 15, 2005, is presently pending before the court. Accordingly, the pretrial conference, set for May 6, 2005, defendant's pretrial statement filing deadline, set for April 29, 2005, and jury trial, set for July 25, 2005, are vacated. If necessary, the court will issue another scheduling order after ruling on the pending motion for summary judgment.

            Accordingly, IT IS HEREBY ORDERED that:

            1. The pretrial conference set for May 6, 2005 is VACATED;

            2. The defendant's pretrial statement filing deadline set for April 29, 2005, is VACATED; and

            3. The jury trial set for July 25, 2005 is VACATED.

DATED: April 21, 2005

                                        /s/  <u>**CRAIG M. KELLISON**</u>
                                        Craig M. Kellison
                                        UNITED STATES MAGISTRATE JUDGE

1