IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOTERO MONTEON,

    Plaintiff,                    No. CIV S-02-2017 GEB CMK

    vs.

MIKE KNOWLES, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 11, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.

1 Neither party has filed objections to the findings and
2 recommendations.
3         The court has reviewed the file and finds the findings
4 and recommendations to be supported by the record and by the
5 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6 that:
7         1.  The findings and recommendations filed May 11, 2005
8 are adopted in full;  and
9         2.  Defendants' motion for summary judgment filed March
10 15, 2005, be granted; and
11         3. Plaintiff's action is dismissed.
12 DATED:  June 23, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge